1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,
12                    Plaintiff,
13            v.                    CR. NO. S-04-233 LKK
14   STEVEN PETER HUARTE,
15                    Defendant.
                                  /
16
     UNITED STATES OF AMERICA,
17
                      Plaintiff,
18
              v.                    CR. NO. S-05-163 WBS
19
     SEALED                         RELATED CASE ORDER
20
                      Defendant.
21   _____/

22        Examination of the above-entitled criminal actions reveals
23   that the two (2) actions are related within the meaning of Local
24   Rule 83-123, E.D. Cal. (1997).  The actions arise out of the same
25   transaction or series of transactions, and would therefore entail
26   a substantial duplication of labor if heard by different judges.

1 | Accordingly, the assignment of the matters to the same judge is
2 | likely to effect a substantial savings of judicial effort and is
3 | also likely to be convenient for the parties.

4 | The parties should be aware that relating the cases under
5 | Local Rules 83-123 merely has the result that both actions are
6 | assigned to the same judge; no consolidation of the actions is
7 | effected. Under the regular practice of this court, related cases
8 | are generally assigned to the judge to whom the first filed action
9 | was assigned.

10 | IT IS THEREFORE ORDERED that the action denominated CR. NO.
11 | S-05-163 WBS be, and the same hereby is, reassigned to Judge
12 | Lawrence K. Karlton for all further proceedings. Henceforth the
13 | caption on all documents filed in the reassigned case shall be
14 | shown as CR. NO. S-05-163 LKK.

15 | IT IS FURTHER ORDERED that the Clerk of the Court make
16 | appropriate adjustment in the assignment of criminal cases to
17 | compensate for this reassignment.

18 | DATED: May 2, 2005.

19 |                         /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
20 |                         SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
21 |
22 |
23 |
24 |
25 |
26 |

2