McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAM ROSS ALLEN, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR.S-163 LKK <br><br> **SCHEDULING ORDER** |

A status conference was held in open court on June 7, 2005.  The defendant was present and represented by Tracy Gatlin, Esq., standing in for Randolph Daar, Esq.  The United States was represented by Asst. U.S. Attorney Richard Bender.  Upon request of defense counsel a further status conference was scheduled for July 26, 2005 at 9:30 a.m.  The reason for the request was to allow defense counsel to review and to go over with his client the discovery already provided and for defense counsel to review certain additional discovery material in the U.S. Attorney's Office.  Upon request of the parties and with the express approval of the defendant, time was excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (to allow defense counsel reasonable time to prepare).

It is SO ORDERED.


Dated:  June 9, 2005

/s/ Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
Senior, U.S. District Judge