1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )        CASE NO. CR. S 05-163 LKK
                                      )
10              Plaintiff,            )
                                      )
11       v.                           )        **SCHEDULING STIPULATION;**
                                      )        **ORDER**
12  SAM ROSS ALLEN,                   )
                                      )
13              Defendant.            )
   _____   )

14

15       Counsel for the parties have consulted and hereby request that the following schedule be set in

16  the above case:

17            Motions Due:            September 6, 2005

18            Gvmt. Response:         September 27, 2005

19            Def. Reply:            October 4, 2005

20            Hearing on Motions:     October 12, 2005 at 9:30 a.m.

21            Trial Confirmation Hring:   October 18, 2005 at 9:30 a.m.

22            Trial:                  November 8, 2005 at 10:30 a.m.

23  Defense counsel represents that it needs time to investigate the case (e.g., interview witnesses and

24  investigate leads) and needs the time between now and the trial to complete that investigation and

25  prepare for trial (whether or not any motions are filed).  Given the scope of the case, government

26  counsel believes this to be a reasonable request.  It is also requested that time be excluded from

27  calculation under the Speedy Trial Act between today, July 21, 2005, and the November 8, 2005, trial

28

                                              1

1   date on the basis of 18 U.S.C. Sections 3161(h)(8)(A) and (8)(B)(iv) (time necessary for effective

2   preparation, taking into account the exercise of due diligence), with the Court specifically finding that

3   the ends of justice served by taking such action outweighs the best interest of the public and the

4   defendant in a speedy trial.  Further, if motions are filed, time would be excluded pursuant to 18

5   U.S.C. Section 3161(h)(1)(F) (pending motions) from the date such motion is filed until disposition.

6   Government counsel represents that the dates have been check with the Court's deputy clerk and

7   defense counsel has given his permission to sign on his behalf.

8

9   Dated: July 21, 2005

McGREGOR W. SCOTT
U.S. Attorney

10

by _____/s/_____
11              RICHARD J. BENDER
              Assistant U.S. Attorney

12

13   Dated: July 21, 2005                _____/s/_____
              RANDOLPH E. DAAR
14          Attorney for Defendant Sam Ross Allen

15

16   It is so ORDERED,

17   July 21, 2005                /s/ Lawrence K. Karlton
              HONORABLE LAWRENCE K. KARLTON
18          Senior, U.S. District Court Judge

19

20

21

22

23

24

25

26

27

28

2