RANDOLPH E. DAAR #88195
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
SAM ALLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                            CR S 05-163 LKK

    v.                                   ORDER TO RECONVEY PROPERTY

SAM ALLEN,

    Defendant.
_____/

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that the Clerk of the Court shall reconvey the property posted by John Jacobs and Stacey Jacobs in this matter on May 10, 2005.  Said reconveyance shall be mailed to the owners at 769 Ruess Road, Ripon CA 95366.

    Dated: November 1, 2005

                                      /s/ Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
                                      Senior Judge
                                      United States District Court